ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala.R.App. P.; Rule 52(a), Ala.R.Civ.P.; Ex parte Patronas, 693 So.2d 473 (Ala.1997); Ex parte Bryowsky, 676 So.2d 1322 (Ala.1996); Satterfield v. Decker, 437 So.2d 506 (Ala. 1983); D.C. v. C.O., 721 So.2d 195 (Ala.Civ.App. 1998); Black v. Black, 625 So.2d 450 (Ala.Civ.App.1993); Scanlan v. Rowinsky, 611 So.2d 1092 (Ala.Civ.App.1992); and H.T. v. C.T.W., 569 So.2d 418 (Ala.Civ.App.1990).
YATES, MONROE, and THOMPSON, JJ., concur.
CRAWLEY, J., concurs in the result.